

**U.S. Department of Justice**

United States Attorney
Western District of New York
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202

Asset Forfeiture Unit | Asset Recovery Division
(716) 843-5700

August 18, 2022

Hon. Lawrence J. Vilardo
United States District Court Judge
Robert H. Jackson United States Court
2 Niagara Square
Buffalo, New York 14202

      Re:    <u>United States v. $33,126 United States Currency</u>
              <u>Case No.: 22-MC-10-LJV</u>

Dear Judge Vilardo:

    On or about August 15, 2022, the putative claimants and the government in this matter executed a Consent Agreement to Seizure and Forfeiture.

    As a result, the seized currency will be administratively forfeited by the United States Customs and Border Protection pursuant to the terms of the agreement. There is no longer a need of the government to pursue civil judicial forfeiture of the seized currency.

    No other claims to the seized currency have been filed and the time to file a claim to the defendant currency has expired.

    The parties agree that this miscellaneous civil matter may be closed.

    Should you have nay questions and/or concerns, please do not hesitate to contact me at 716-843-5809.

    Thank you for your time and consideration in this regard.

                                    Very truly yours,

                                    **TRINI E. ROSS**
                                    United States Attorney

                        BY:    s/MARY CLARE KANE
                                 Assistant United States Attorney

Cc: TheArthur A. Duncan, Esq. (*via ECF*)